1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7   DAPHNE JACKSON, et al.,

8          Plaintiffs,

9   v.

10  CSV 4 SILVER HILLS SNF, LLC, et al.,

11         Defendants.

Case No.: 2:22-cv-00031-GMN-NJK

**Order**

[Docket No. 18]

12         Pending before the Court is the parties' proposed discovery plan.  Docket No. 18.  The

13  parties ask the Court to grant a nine-month discovery period; however, the deadlines they seek are

14  for 365 days.  *Id.* at 2, 3.  These requests are supported by a broad assertion that a longer discovery

15  period is needed due to record collection and having to conducting depositions.  *Id.* at 2.  Without

16  further clarity on the requested length of the discovery period and elaboration on the reasons for

17  special scheduling, the Court is not persuaded that the requested discovery period is reasonable in

18  this case.  Accordingly, the discovery plan is **DENIED** without prejudice.  Docket No. 18.  An

19  amended discovery plan must be filed by March 11, 2022.

20         IT IS SO ORDERED.

21         Dated: March 7, 2022

22

23                                                                 _____
                                                                   Nancy J. Koppe
                                                                   United States Magistrate Judge

24

25

26

27

28

1