1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAPHNE JACKSON, as Statutory Heir and as Special Administrator for the Estate of ARTHUR JACKSON; and ASHLEY JACKSON, as Statutory Heir to ARTHUR JACKSON,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CSV 4 SILVER HILLS SNF, LLC d/b/a SILVER HILLS HEALTH CARE CENTER, a foreign limited liability company; PAUL KIM, individually and as Administrator; DOE EMPLOYEES I through X; DOE SERVICE PROVIDERS I through X, DOE GOVERNING MEMBERS I through X; ROE GOVERNING BODIES I through X; and DOES XI through XX; and ROE CORPORATIONS XI through XX, inclusive,<br><br>　　　　　　　　　　Defendants. | Case Number:<br>2:22-cv-00031-ART-NJK<br><br><br>**ORDER APPROVING**<br><br>**STIPULATION TO REMAND BACK TO STATE COURT** |

　　　IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, by and through their respective counsel of record, that this matter be remanded back to the Eighth Judicial District Court.

1. On December 2, 2021, Plaintiffs Daphne Jackson and Ashley Jackson ("Plaintiffs") Commenced an action in the Eighth Judicial District Court, District of Nevada against Defendants CSV 4 Silver Hills SNF, LLC d/b/a Silver Hills Health Care Center and Paul Kim ("Defendants").

2. On January 1, 2022, Defendants filed a Notice of Removal, removing the case to the United States District Court for the District of Nevada.

3. On January 18, 2022, Plaintiffs filed their Motion to Remand the case back to state court in the Eighth Judicial District Court, District of Nevada.

4. On February 1, 2022, Defendants filed their Opposition in response to Plaintiffs' Motion to Remand to keep the case in the United States District Court for the District of Nevada.

5. On February 8, 2022, Plaintiffs filed their Reply in support of their Motion to Remand back to state court in the Eighth Judicial District Court, District of Nevada.

6. Given the Ninth Circuits decision in *Saldana v. Glenhaven Healthcare LLC*, 27 F.4th 679 (9th Cir. 2022), the parties have agreed that this action should be remanded back to state court in the Eighth Judicial District Court, District of Nevada. As such, the Parties hereby stipulate that the Action be remanded back to the Eighth Judicial District Court, District of Nevada.

Dated this 26th day of September 2022.

COGBURN LAW

By: */s/Hunter S. Davidson*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Hunter S. Davidson, Esq.
Nevada Bar No. 14860
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
*Attorneys for Plaintiffs*

Dated this 26th day of September 2022.

GIOVANNIELLO LAW GROUP

By: */s/Christopher J. Giovanniello*
Christopher J. Giovanniello, Esq.
Nevada Bar No. 15048
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

September 28, 2022
DATE

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE